**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UMB BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 21-00832-CV-W-BP |
| | ) | |
| JESSIE BENTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

_____**Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
     Defendants' Motion to Dismiss for Failure to State a Claim (Doc. 33.) is **GRANTED**.

     Counts I, II, and III are **DISMISSED** with prejudice for failure to state a claim, and Count IV is

**DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.


June 29, 2022                                             Paige Wymore-Wynn
Date                                                            Clerk of Court

                                                                /s/ Shauna Murphy-Carr
                                                                (by) Deputy Clerk